UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

**MOHAMED LY,**
Plaintiff,

**v.**                                                    Case No. 3:24-cv-30161-MGM

**EBSCO INDUSTRIES, INC., et al.,**
Defendants.

## PLAINTIFF'S MOTION TO **SEAL DOCUMENTS**, RENDER DEFENDANTS' FALSE MOTION MOOT, AND RENEWED **EMERGENCY MOTION FOR TRO/PI** AND **SHOW CAUSE**

### I. INTRODUCTION AND STATEMENT OF TRUTH

Plaintiff Moves to fully resolve Defendants' ongoing fabricated procedural distraction while immediately refocusing the matter on the substantive, **True Constitutional Emergency** (**The Bank Fraud**) caused by the **irrefutable evidence of fraud upon Plaintiff** committed by Defendants.

Defendants successfully procured a temporary order on December 9, 2025, intended to suppress specific filings under the pretext of confidentiality. While disappointing, Plaintiffs sees the wisdom in this, for sustainable and unshakable appellate standing. To render this manufactured dispute moot, Plaintiff immediately tenders those records (which **prove Defendants induced him into fraud acts**) for filing, **under seal**, reserving the right to request de-sealing when constitutional protections are secured.

The subsequent and overriding issue is Defendants' own operational conduct on December 9, 2025, which provided an undeniable, self-incriminating confession that **renews the fraudulent contradiction of their entire defense**. Defendants' procedural victory has become their greatest substantive cost: admission that **EBSCO Industries, Inc is EOR**, after over 200 days of false denial.

### II. RESOLUTION OF PROCEDURAL DISTRACTION (MOTION TO SEAL)

1. **Resolution of Confidentiality Dispute:** The Court's latest order was based on Defendants' deceitful claim of false confidentiality of minute portions of Doc 60. To expedite the proceedings and remove all procedural distraction, Plaintiff hereby moves, to file the documents subject to Defendants' challenge **under seal**.

2. **Mootness:** By voluntarily seeking to file the documents under seal, Plaintiff resolves the false issue raised by Defendants' emergency motion, rendering it **moot**. The focus must now return to the substantive emergency that has been exacerbated by Defendants' contradictory actions.

1. Now, Defendants must address Doc. 60's substance and confront the overwhelming, self-proving evidence of fraud and perjury within the **federally controlled EOR and EIN records**. This motion says: **seal and proceed**—no distractions. Confront the **W-2/payroll contradictions**. Confront the **paycheck/payroll contradictions**. Confront the **EII recruitment-to-offer-letter chain**. Confront the **void ab initio, ultra vires firing by EIS**. As, <u>Doc 60 still stands unrebutted</u>:

   a. The **PAYSTUBS** say **EBSCO PUBLISHING INC**—self-proving EOR+EIN fraud on Plaintiff
   b. The **W-2s** say **EBSCO INDUSTRIES INC**—the only lawful EOR ➔ 13 perjuries by Defense
   c. The **TERMINATION LETTER** **says** **EBSCO INFORMATION SERVICES**—ultra vires, ***void act***

### III. THE CATASTROPHIC EVIDENTIARY SELF-INCRIMINATION AND FRAUD UPON THE COURT

The central, disputed fact of this case is whether **EBSCO INDUSTRIES, INC. (EII)** is the true Employer of Record (EOR) and a proper party, despite Defendants' **thirteen sworn perjurious denials**.

1. **The Latest Confession:** On December 9, 2025, subsequent to filing their motion to suppress, Defendants committed a profound act of **operational self-incrimination**. In response to Plaintiff's request for retirement benefits documentation, **EBSCO INDUSTRIES, INC. (EII)**, through its Sr. Payroll Specialist, voluntarily produced 5 retirement statements (2022-2023).

2. **Unbroken Chain of Proof:** These official financial records confirm, in an unbroken chain:

   o Records originated from and were sent under the signature, authority, and address of **EBSCO INDUSTRIES, INC.** (EII Headquarters, 5724 Highway 280 E, Birmingham, AL).
   o The Plan is the **EBSCO SAVINGS AND PROFIT SHARING PLAN**.
   o The Plan Administrator is listed as a function of **EBSCO INDUSTRIES**.
   o The email explicitly state Plaintiff **"participated in the EBSCO Profit Sharing Trust."**

This self-incrimination is not merely contradictory; it is an **irrefutable, self-incriminating confession** that EII is the corporate nexus, the plan sponsor, and the EOR. It conclusively proves that every prior sworn denial by Defendants regarding EII's relevance or EOR status was knowingly and intentionally false, constituting a **direct fraud upon this Court**.

### IV. RENEWED EMERGENCY (TRO/PI): THE GARRITY-HOBSON TRAP

The fraud, created by Defendants, creates an immediate and ongoing constitutional emergency—a direct, causal link between Defendants' conduct and Plaintiff's imminent loss of property.

1. **The Unbroken Chain of Causality:**

   o **The Original Fraud:** Defendants engaged in a fraudulent **EOR/EIN substitution** shell game, leading to the **wrongful termination** and **wage/benefit theft**.
   o **The Direct Harm:** This action **unconstitutionally deprived Plaintiff of his property interest** in his income stream, making him unable to service the St. Mary's Bank mortgage.
   o **The Current Emergency:** St. Mary's Bank has renewed its demand for a loan relief application by **_December 15, 2025_**. (New demand letter and response, under seal).

2. **The Garrity-Hobson Trap (The Bank Fraud and Constitutional Crisis):** Plaintiff still **cannot** comply with the Bank's renewed demand for relief application without either:

   o a) Affirming the fraudulent EOR/EIN (**per the payroll records forged and provided for good faith reliance to Plaintiff by Defendants** submitted at loan origination), thereby **knowingly perpetuating a loan fraud** and facing criminal misrepresentation charges, **OR**

- o  b) Submitting the now-proven, truthful EOR (**EBSCO INDUSTRIES, INC.**) to the Bank, which immediately exposes the *full depth* of Defendants' underlying financial fraud and **self-incriminating without the protection of a Court Order**.

Plaintiff is thus placed in an impossible, unconstitutional dilemma of Defendants' making: **Answer truthfully and risk criminal exposure, or conceal the truth and commit perjury/bank fraud—in the same way Defendants have with the EOR on actual paychecks contradicts the Payrolls they are literally attached to, separated only by perforations.**

The only viable remedy is the **Preliminary Injunction** previously sought: to mandate that the liable third party (EII, whose EOR status is now confessed) own the disclosure and consequences of the fraud they created, thereby eliminating the emergency and the constitutional trap.

**V. PRAYER FOR RELIEF**

Defendants' attempt to suppress evidence has resulted in the exposure of a clear, actionable fraud. Procedural tactics must not be allowed to obscure this fundamental truth.

**WHEREFORE,** Plaintiff, Mohamed Ly, respectfully moves this Honorable Court for the following relief:

1. **MOTION TO SEAL:** Grant Plaintiff's Motion, to file the all challenged documents **Under Seal** immediately, mooting Defendants' deceitful Emergency Motion.

2. **JUDICIAL NOTICE:** Enter an immediate Order taking **Judicial Notice** of the undeniable fact that **EBSCO INDUSTRIES, INC.** is the Plan Administrator and operational entity responsible for Plaintiff's employment benefits, thereby conclusively resolving the dispute over EII's EOR status and party relevance.

3. **RENEWED EMERGENCY TRO/PI:** Immediately schedule a hearing and grant the **Renewed Emergency Motion for Temporary Restraining Order and Preliminary Injunction** requiring **EBSCO INDUSTRIES, INC.** to cure the mortgage fraud they created.

4. **ORDER TO SHOW CAUSE:** Issue an Order requiring Defendants to **Show Cause** why they should not be held in **Contempt** and/or subject to **Monetary and Evidentiary Sanctions** under **Rule 11 and the Court's inherent authority** for submitting repeated, sworn denials that are demonstrably and irrefutably contradicted by their own contemporary corporate operational records, which act constitutes *Fraud on the Court*, in addition to *Systemic Fraud on Plaintiff*.

Respectfully submitted,

/s/ **Mohamed 'Mo Ly**, *Pro Se* Plaintiff and Whistleblower                    **December 10, 2025**

**CERTIFICATE OF SERVICE**

On this day, I filed this Motion electronically via CM/ECF, transmitting to all counsel of record.
**Mohamed 'Mo' Ly***, pro se Plaintiff* and *Whistleblower*                    **December 10, 2025**