MOHAMED LY,

       Plaintiff,

   v.

EBSCO INDUSTRIES, INC.; EBSCO
INFORMATION SERVICES, LLC; EBSCO
PUBLISHING, INC.; TIM COLLINS; and
TIM LULL,

       Defendants.

Civil Action No. 3:24-cv-30161-MGM

## ASSENTED-TO MOTION TO EXTEND THE DEADLINE
## FOR DEFENDANTS TO FILE A
## RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendants EBSCO Industries, Inc.; EBSCO Information Services, LLC; Tim Collins; and Tim Lull (collectively "Defendants") hereby move this Honorable Court, with the assent of plaintiff Mohamed Ly ("Plaintiff"), for an extension of time to answer or otherwise respond to Plaintiff's Second Amended Complaint until and through May 14, 2026.[1]  As grounds for this Motion, Defendants state as follows:

1.      Plaintiff filed his Second Amended Complaint in this Court on March 19, 2026. Doc. No. 101.

2.      The current deadline for Defendants to answer or otherwise respond to Plaintiff's Second Amended Complaint is May 7, 2026.  Doc. No. 113.

---

[1] Pursuant to Plaintiff's request on March 17, 2026, newly-added defendant EBSCO Publishing, Inc. waived formal service of the Second Amended Complaint, and EBSCO Publishing's responsive pleading is therefore not due until May 18, 2026, though EBSCO Publishing anticipates filing its responsive pleading before then.

3. During the last several weeks, Defendants have engaged in discussions with Plaintiff regarding the possibility of early resolution of this matter, with the assistance of the Boston College Law School Federal Court Clinic.

4. In light of these discussions, as well as the time required for Defendants to investigate and respond to the allegations set forth in the Second Amended Complaint, Defendants request an extension to May 14, 2026.

5. This is Defendants' third request for an extension of time to answer or otherwise respond to Plaintiff's Second Amended Complaint.

6. The requested enlargement of time will not prejudice any party, nor will it result in the continuance of any hearing, conference, or trial.

WHEREFORE, Defendants respectfully request that the Court grant this Motion and enter an order establishing May 14, 2026 as the deadline for the Defendants to answer or otherwise respond to Plaintiff's Second Amended Complaint.

Respectfully submitted,

EBSCO INDUSTRIES, INC.; EBSCO
INFORMATION SERVICES, LLC; EBSCO
PUBLISHING, INC.; TIM COLLINS; and
TIMOTHY LULL,

By their attorneys,

/s/ Matthew J. Lynch
Melissa L. McDonagh, Bar No. 569023
mmcdonagh@littler.com
Matthew J. Lynch, Bar No. 689363
mlynch@littler.com

LITTLER MENDELSON, P.C.
One International Place, Suite 2700
Boston, MA  02110
Telephone:     617.378.6000
Facsimile:     617.737.0052

Dated: May 7, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, a true copy of the foregoing document was filed electronically through the Court's CM/ECF system, is available for viewing and downloading from the ECF system, will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

/s/ Matthew J. Lynch
Matthew J. Lynch