UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MOHAMED LY,

        Plaintiff,

   v.

EBSCO INDUSTRIES, INC.; EBSCO
INFORMATION SERVICES; EBSCO
PUBLISHING, INC.; TIM COLLINS; and
TIM LULL,

        Defendants.

Civil Action No. 3:24-cv-30161-MGM

## DEFENDANTS' MOTION TO EXTEND SCHEDULING ORDER DEADLINES (FIRST REQUEST)

Defendants EBSCO Industries, Inc., EBSCO Information Services, EBSCO Publishing, Inc., Tim Collins, and Tim Lull (collectively, "Defendants") respectfully move to extend the discovery deadline by 30 days and all remaining deadlines as set forth below. This is the first requested extension in this matter. As grounds for their Motion, Defendants state that despite their reasonable diligence, discovery will not be completed by the current deadline of June 22, 2026. As set forth more fully in Defendant's Memorandum of law, more than one month before the close of discovery, Defendants noticed Plaintiff Mohamed Ly's ("Plaintiff") deposition and began the conferral process regarding insufficiencies in Plaintiff's discovery responses. During a Rule 37.1 conference that Defendants initiated on June 4, 2026 and completed on June 18, 2026, Plaintiff agreed to supplement his responses. As such, Defendants seek an extension to permit Plaintiff to supplement his responses, to permit Defendants to review Plaintiff's supplementation for sufficiency, and to take Plaintiff's deposition.

In order to accommodate the completion of discovery, the Defendants seek the below extension of the current deadlines as follows:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Fact Discovery deadline, including all non-expert depositions | June 22, 2026 | July 22, 2026 |
| Plaintiff's expert designations and disclosures | July 22, 2026 | August 21, 2026 |
| Defendants' expert designations and disclosures | August 24, 2026 | September 23, 2026 |
| Expert discovery, including depositions | September 24, 2026 | October 26, 2027 |
| Dispositive motions filed | October 5, 2026 | March 18, 2027 |
| Responses to dispositive motions filed | October 26, 2026 | April 8, 2027 |
| Replies to dispositive motions filed | November 9, 2026 | April 22, 2027 |
| Hearing on dispositive motions | November 19, 2026 at 11:00 a.m. | May 6, 2027 |

No Party will be prejudiced by this extension,[1] and this extension will not unduly delay any trial or resolution of this matter.

WHEREFORE, Defendants respectfully request that the Court allow this motion and extend the current deadlines as proposed above.

---

[1] Although Plaintiff opposes this motion, Plaintiff also served five purported deposition notices of EBSCO witnesses on June 15, 2026, and this extension will permit the Parties to resolve any disputes regarding Plaintiff's notices and permit Plaintiff to then depose the appropriate EBSCO witnesses.

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that I have conferred in good faith with *pro se* plaintiff Mohamed Ly in an attempt to narrow or resolve the issues raised in Defendants' Motion to Extend Scheduling Order Deadlines prior to filing this motion.

## REQUEST FOR HEARING

Defendants respectfully request oral argument on this Motion and/or that this Court schedule a status conference to address the status of discovery in this matter.

Respectfully submitted,

EBSCO INDUSTRIES, INC.; EBSCO
INFORMATION SERVICES; EBSCO
PUBLISHING, INC.; TIM COLLINS; and TIM
LULL,

By their attorneys,

*/s/ Matthew J. Lynch*

Melissa L. McDonagh, Bar No. 569023
mmcdonagh@littler.com
Matthew J. Lynch, Bar No. 689363
mlynch@littler.com

LITTLER MENDELSON, P.C.
One International Place, Suite 2700
Boston, MA  02110
Telephone:     617.378.6000
Facsimile:     617.737.0052

DATED: June 19, 2026

3

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 19th day of June 2026, a true copy of the foregoing document was filed electronically through the Court's CM/ECF system, is available for viewing and downloading from the ECF system, will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

/s/ Matthew J. Lynch
Matthew J. Lynch