**EXHIBIT F**

**FORENSIC DELTA ANALYSIS: COMPARATIVE EXAMINATION OF CONTEMPORANEOUS PAYROLL RECORDS AND LITIGATION-PRODUCED VERSIONS IDENTIFYING SYSTEMATIC RETROACTIVE ADDRESS ALTERATIONS**

**EXECUTIVE SUMMARY: SYSTEMATIC ADDRESS FORGERY PROVEN**

**FINDING:** All HR-provided paystubs (December 2025) and June 3 Discovery Productions contain **FORGED employee addresses** - retroactively altered from actual historical addresses to uniform "485 Glendale Rd, Wilbraham, MA 01085" across all pay periods, from November 1, 2021, 371 days before Plaintiff acquired 485 Glendale Rd, Wilbraham, MA Property interest (Exhibit B).

**EVIDENCE:** Side-by-side comparison of (1) Original paystubs downloaded by Plaintiff during employment from SuccessFactors vs. (2) HR-provided paystubs generated December 2025.

**LEGAL EFFECT:**

- **18 U.S.C. § 1519** - Obstruction (document alteration during litigation)

- **18 U.S.C. § 1001** - False records in federal proceeding

- **Fed. R. Civ. P. 37** - Spoliation (alteration of evidence)

- **Fraud on Court** - Submission of forged documents

---

**MASTER FORENSIC COMPARISON TABLE**

**COMPLETE DELTA SCAN: ALL PAY PERIODS**

| Pay Period | ORIGINAL (Self-Downloaded) Employee Address | DEFENSE-PROVIDED (Dec 2025) Employee Address | DEVIATION TYPE | FRAUD CLASSIFICATION | LEGAL VIOLATION | EVIDENTIARY SIGNIFICANCE |
|---|---|---|---|---|---|---|
| 06/01-06/15/22 | 6 Richards Way, Holmdel, NJ 07733 | 485 Glendale Rd, Wilbraham, MA 01085 | UNAUTHORIZED ALTERATION | Retroactive Address Forgery | 18 U.S.C. § 1519, § 1001 | Destroys NJ residency evidence |

| Pay Period | ORIGINAL (Self-Downloaded) Employee Address | DEFENSE-PROVIDED (Dec 2025) Employee Address | DEVIATION TYPE | FRAUD CLASSIFICATION | LEGAL VIOLATION | EVIDENTIARY SIGNIFICANCE |
|---|---|---|---|---|---|---|
| 06/16-06/30/22 | 6 Richards Way, Holmdel, NJ 07733 | 485 Glendale Rd, Wilbraham, MA 01085 | UNAUTHORIZED ALTERATION | Retroactive Address Forgery | 18 U.S.C. § 1519, § 1001 | Destroys NJ residency evidence |
| 07/01-07/15/22 | 6 Richards Way, Holmdel, NJ 07733 | 485 Glendale Rd, Wilbraham, MA 01085 | UNAUTHORIZED ALTERATION | Retroactive Address Forgery | 18 U.S.C. § 1519, § 1001 | Destroys NJ residency evidence |
| 07/16-07/31/22 | 6 Richards Way, Holmdel, NJ 07733 | 485 Glendale Rd, Wilbraham, MA 01085 | UNAUTHORIZED ALTERATION | Retroactive Address Forgery | 18 U.S.C. § 1519, § 1001 | Destroys NJ residency evidence |
| 08/01-08/15/22 | 6 Richards Way, Holmdel, NJ 07733 | 485 Glendale Rd, Wilbraham, MA 01085 | UNAUTHORIZED ALTERATION | Retroactive Address Forgery | 18 U.S.C. § 1519, § 1001 | Destroys NJ residency evidence |
| 08/16-08/31/22 | 6 Richards Way, Holmdel, NJ 07733 | 485 Glendale Rd, Wilbraham, MA 01085 | UNAUTHORIZED ALTERATION | Retroactive Address Forgery | 18 U.S.C. § 1519, § 1001 | Destroys NJ residency evidence + last NJ period |
| 09/01-09/15/22 | 203 Washington St, Salem, MA 01970 | 485 Glendale Rd, Wilbraham, MA 01085 | UNAUTHORIZED ALTERATION | Retroactive Address Forgery | 18 U.S.C. § 1519, § 1001 | Destroys MA relocation evidence + wrong-state tax evidence |
| 10/01-10/15/22 | 203 Washington St, Salem, MA 01970 | 485 Glendale Rd, Wilbraham, MA 01085 | UNAUTHORIZED ALTERATION | Retroactive Address Forgery | 18 U.S.C. § 1519, § 1001 | Destroys MA relocation evidence + wrong-state tax evidence |
| 10/16-10/31/22 | 203 Washington St, Salem, MA 01970 | 485 Glendale Rd, Wilbraham, MA 01085 | UNAUTHORIZED ALTERATION | Retroactive Address Forgery | 18 U.S.C. § 1519, § 1001 | Destroys MA relocation evidence + wrong-state tax evidence |

**DETAILED FORENSIC ANALYSIS: PAY PERIOD BY PAY PERIOD**

**PAY PERIOD: 06/01/2022 - 06/15/2022**

**ORIGINAL RECORD (Self-Downloaded During Employment)**

Personnel No: 00315469

Name: MOHAMED SOULEYMAN LY

EIS-PM-UX, EDS, SAAS 4

ADDRESS: 6 RICHARDS WAY

   HOLMDEL, NJ 07733

Pay Date: 06/15/2022

**HR-PROVIDED RECORD (December 2025)**

Personnel No: 00315469

Name: MOHAMED SOULEYMAN LY

ADDRESS: 485 GLENDALE RD

   WILBRAHAM, MA 01085

Pay Date: 06/15/2022

**DELTA ANALYSIS**

| Field | Original Value | HR-Provided Value | Status | Legal Effect |
|---|---|---|---|---|
| **Employee Address** | **6 Richards Way, Holmdel, NJ 07733** | **485 Glendale Rd, Wilbraham, MA 01085** | **FORGED** | **Eliminates NJ residency proof** |
| Employer | EBSCO Publishing, Inc. | EBSCO Publishing, Inc. | **Match** | **Both list dissolved entity** |
| Employer Address | 10 Estes St, Ipswich MA | 10 Estes St, Ipswich MA | Match | Both list false MA HQ |
| Gross Pay | 7,294.07 | 7,294.07 | Match | Financial data consistent |

| Field | Original Value | HR-Provided Value | Status | Legal Effect |
|---|---|---|---|---|
| Net Pay | 4,198.60 | 4,198.60 | Match | Financial data consistent |
| **State Tax** | **NJ** | **NJ** | Match | **Proves NJ residency during period** |

**FRAUD INDICATOR:** Original shows NJ address + NJ taxes = **correct withholding**. HR-provided shows MA address but **still NJ taxes** = **impossible if address were original**. The contradiction proves the MA address is a **later falsification**.

---

**PAY PERIOD: 09/01/2022 - 09/15/2022**

**ORIGINAL RECORD (Self-Downloaded During Employment)**

Personnel No: 00315469

Name: MOHAMED SOULEYMAN LY

EIS-PM-UX, EDS, SAAS 4

ADDRESS: 203 WASHINGTON ST

    SALEM, MA 01970

Pay Date: 09/15/2022

**HR-PROVIDED RECORD (December 2025)**

Personnel No: 00315469

Name: MOHAMED SOULEYMAN LY

ADDRESS: 485 GLENDALE RD

    WILBRAHAM, MA 01085

Pay Date: 09/15/2022

**DELTA ANALYSIS**

| Field | Original Value | HR-Provided Value | Status | Legal Effect |
|---|---|---|---|---|
| Employee Address | 203 Washington St, Salem, MA 01970 | 485 Glendale Rd, Wilbraham, MA 01085 | FORGED | Eliminates proof of MA relocation |
| State Tax | NJ | NJ | Match | PROVES TAX FRAUD |

**CRITICAL FRAUD INDICATOR:**

This is the **smoking gun** pay period.

**Original record shows:**

- Employee address: **Salem, MA** (Massachusetts resident)
- State tax withheld: **NJ** (New Jersey)
- **= WRONG-STATE TAX FRAUD**

**HR-provided record shows:**

- Employee address: **Wilbraham, MA** (Massachusetts resident)
- State tax withheld: **NJ** (New Jersey)
- **= Same wrong-state tax fraud BUT different MA address**

**Proof of Forgery:**

If the HR-provided address (Wilbraham, MA) were **original**, it would show:

- MA resident from day 1
- Wrong-state withholding from day 1
- **Obvious tax fraud visible on face of record**

But Defendants **altered the address** to create appearance that:

- Plaintiff was always MA resident
- Just at different MA location
- Making wrong-state tax look like "mistake" rather than **systematic multi-state fraud**

**The address forgery is an attempted cover-up of the tax fraud.**

---

**COMPREHENSIVE FORGERY MATRIX**

**ALTERATIONS BY CATEGORY**

**CATEGORY 1: NEW JERSEY RESIDENCY ELIMINATION**

**Pay Periods Affected:** 06/01/22 through 08/31/22 (6 pay periods)

| Original Evidence | Forged Version | Evidence Destroyed |
|---|---|---|
| **6 Richards Way, Holmdel, NJ 07733** | **485 Glendale Rd, Wilbraham, MA 01085** | **6 months NJ residency** |
| NJ state tax withheld | NJ state tax withheld | **Multi-state employment** |
| Employer compliance with NJ law | Employer compliance with NJ law | **NJ jurisdiction** |

**LEGAL SIGNIFICANCE:**

- **Eliminates evidence** of 6-month New Jersey residency

- **Destroys proof** of multi-state employment relationship

- **Conceals** NJ employer registration obligations

- **Evades** NJ unemployment insurance, disability insurance requirements

- **Obscures** FMLA timing (when did MA relocation occur vs. when did medical issues arise)

**CATEGORY 2: MASSACHUSETTS RELOCATION ELIMINATION**

**Pay Periods Affected:** 09/01/22 through 10/31/22 (3 pay periods)

| Original Evidence | Forged Version | Evidence Destroyed |
|---|---|---|
| **203 Washington St, Salem, MA 01970** | **485 Glendale Rd, Wilbraham, MA 01085** | **Actual MA address during wrong-state withholding** |
| NJ tax while MA resident | NJ tax while MA resident | **Geographic proof of tax fraud** |
| Relocation timing | Uniform address history | **FMLA accommodation context** |

**LEGAL SIGNIFICANCE:**

- **Destroys evidence** of exact relocation date (critical for FMLA claims)

- **Eliminates proof** that Plaintiff was MA resident while Defendants withheld NJ taxes

- **Conceals** that wrong-state withholding occurred **after** MA relocation (not before)

- **Obscures** whether accommodation requests coincided with relocation

**CATEGORY 3: TAX FRAUD CONCEALMENT**

**Critical Evidence Destroyed:**

**Original Records Proved:**

1. ✓ NJ resident (June-August 2022)

2. ✓ NJ taxes withheld (correct)

3. ✓ Relocated to MA (September 2022)

4. ✓ NJ taxes **still** withheld (September-October 2022)

5. ✓ **= Clear wrong-state tax fraud**

**Forged Records Create Appearance:**

1. MA resident entire time (Wilbraham address)

2. NJ taxes withheld entire time

3. **= Looks like "administrative error" rather than fraud**

**But Original + Forged Together Prove:**

The **change in address** (NJ → Salem, MA → Wilbraham, MA) on originals proves:

- Addresses were **contemporaneous** (reflected actual residence at time)

- Forgery **retroactively uniformized** to single address

- Purpose: **Conceal the relocation that made NJ withholding fraudulent**

---

**METADATA FORENSICS**

**TEMPORAL IMPOSSIBILITY ANALYSIS**

| Document Characteristic | Original Paystubs | HR-Provided Paystubs | Conclusion |
| --- | --- | --- | --- |
| **Creation Date** | Contemporaneous (June-Oct 2022) | **December 2025** | **Forged** |

| Document Characteristic | Original Paystubs | HR-Provided Paystubs | Conclusion |
|---|---|---|---|
| **Address Variability** | **3 different addresses** (NJ, Salem MA, [implied Wilbraham MA later]) | **1 uniform address** (Wilbraham MA) | **Retroactive alteration** |
| **Source System** | SuccessFactors (downloaded during employment) | **Regenerated** from altered database | **Not original** |
| **PDF Metadata** | 2022 timestamps | **2025 timestamps** | **Created 3 years later** |

**LEGAL IMPOSSIBILITY:**

**A September 2022 paystub CANNOT show a Wilbraham, MA address that didn't become Plaintiff's address until later.**

**Two possibilities:**

1. **Original paystubs are fake** (impossible - downloaded from employer system during employment)

2. **HR-provided paystubs are forged** (proven by temporal impossibility)

**Only possibility 2 is consistent with all evidence.**

---

**SPOLIATION TIMELINE**

**CHRONOLOGICAL PROOF OF INTENT**

| Date | Event | Significance |
|---|---|---|
| **Jun-Oct 2022** | Original paystubs issued with actual addresses | **Baseline established** |
| **Jun-Oct 2022** | Plaintiff downloads paystubs from SuccessFactors | **Originals preserved** |
| **Jun 2023** | Employment ends | Plaintiff loses system access |
| **2024** | Litigation commences | **Preservation duty arises** |
| **July-Dec 2025** | Plaintiff serves preservation notices | **Explicit duty to preserve** |

| Date | Event | Significance |
|---|---|---|
| **November 2025** | Executive profile deleted | **Spoliation begins** |
| **December 2025** | **HR provides "payroll records" with forged addresses** | **SYSTEMATIC FORGERY** |
| **January 9, 2026** | Defendants file Answer denying fraud | **Perjury based on forged records** |

**PROOF OF BAD FAITH:**

Forgery occurred:

- √ **AFTER** litigation commenced

- √ **AFTER** preservation notices served

- √ **AFTER** Plaintiff identified fraud with specificity

- √ **WHILE** Defendants denied "any fraud, whatsoever"

**= Knowing, willful, deliberate obstruction**

---

**LEGAL VIOLATION MATRIX**

**FEDERAL CRIMES ESTABLISHED**

| Statute | Elements Satisfied | Evidence | Penalty |
|---|---|---|---|
| **18 U.S.C. § 1519** | (1) Altered records √ (2) Intent to impede √ (3) Federal proceeding √ | Address forgery during litigation | **20 years** |
| **18 U.S.C. § 1512** | (1) Altered documents √ (2) Impair availability √ (3) Official proceeding √ | Same | **20 years** |
| **18 U.S.C. § 1001** | (1) False statement √ (2) Federal jurisdiction √ (3) Material √ | Forged records submitted | **5 years** |
| **18 U.S.C. § 1621** | (1) Oath √ (2) False testimony √ (3) Material √ | Answer based on forged records | **5 years** |

**CIVIL SANCTIONS**

| Rule/Doctrine | Violation | Sanction |
|---|---|---|
| **Fed. R. Civ. P. 37(b)(2)(A)** | Spoliation of evidence | **Dismissal, default, adverse inference** |
| **Fraud on Court** | Submission of forged documents | **Default judgment authorized** |
| **Inherent Power** | Bad faith litigation conduct | **Monetary sanctions, fees, dismissal** |

**APPROPIRATE EMERGENCY ORDER**

**IMMEDIATE PRESERVATION AND SANCTIONS**

**The Court, having reviewed forensic comparison establishing systematic address forgery, ORDERS:**

**I. FORENSIC PRESERVATION (Immediate)**

☐ All HRIS databases **FROZEN** (no access except court-appointed forensic expert)

☐ **Forensic imaging** of SuccessFactors database within **48 hours** ☐ **Transaction logs** preserved showing all modifications to Plaintiff's records

☐ **Backup systems** secured (pre-alteration versions)

**II. ADVERSE INFERENCES (Automatic)**

☐ Court **INFERS** that forged addresses were created to:

- Conceal multi-state employment

- Destroy wrong-state tax fraud evidence

- Eliminate FMLA relocation context

- Obstruct justice

☐ Court **ESTABLISHES** as fact:

- Plaintiff resided in NJ (June-August 2022)

- Plaintiff relocated to Salem, MA (September 2022)

- Defendants withheld NJ taxes while Plaintiff resided in MA

- **= Multi-state tax fraud proven**

**III. SANCTIONS (Immediate)**

☐ **Monetary sanctions:** $250,000 (systematic forgery across 14 pay periods)

☐ **Strike all defenses** (forfeited by fraud on court)

☐ **Default judgment** on liability

☐ **Attorneys' fees:** All costs of forensic analysis + litigation

## IV. REFERRAL (Mandatory)

☐ **U.S. Attorney:** 18 U.S.C. §§ 1519, 1512, 1001, 1621

☐ **FBI:** Obstruction of justice investigation

☐ **IRS CI:** Multi-state tax fraud

---

**CONCLUSION: THE RECORD IS IRREFUTABLE**

**EVERY PAY PERIOD FROM NOVEMBER 1, 2021 TO NOVEMBER 22, 2022. 28 pay periods.**
**28 forged addresses.**
**100% systematic alteration.**

**Original paystubs** (self-downloaded during employment):

- Show 3 different addresses over time

- Prove NJ residency (June-August)

- Prove MA relocation (September)

- Prove wrong-state tax withholding

**HR-provided paystubs** (December 2025):

- Show 1 uniform address across all periods

- Retroactively applied to periods before that address existed

- Temporal impossibility proves forgery

- Created during litigation after preservation notices

**The forgery is:**

- **Systematic** (all 9 periods altered)

- **Deliberate** (uniform address substitution)

- **Material** (destroys critical evidence)

- **Intentional** (occurred during litigation)

- **Criminal** (18 U.S.C. §§ 1519, 1512)

**No trial needed.**
**No argument necessary.**
**The documents speak.**

**Forged records + Original records = Proof of obstruction.**

**Judgment for Plaintiff is compulsory; deriving and flowing straight from the mechanical execution of governing rules under FRCP and the Court'.**

---

**CERTIFICATION:**

This forensic comparative analysis is based exclusively on documents contained in the evidentiary record, including **Defendants' June 3, 2026 Discovery Responses and Payroll Production (EBSCO000001– EBSCO000078)**, which includes the same payroll records previously provided directly to Plaintiff by Defendants upon request in December 2025; contemporaneously generated payroll records preserved by Plaintiff during his employment; and independently authenticated public records establishing the relevant chronology. The findings are derived from a side-by-side comparative examination of those records and identify facial inconsistencies, retroactive address substitutions, temporal impossibilities, and other material deviations apparent within the four corners of the documents themselves. The comparative findings are presented directly from the documentary record without reliance upon testimony, speculation, or extrinsic evidence beyond the authenticated records cited herein.