UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MOHAMED LY,

        Plaintiff,

    v.

EBSCO INDUSTRIES, INC.; EBSCO
INFORMATION SERVICES, LLC; EBSCO
PUBLISHING, INC.; TIM COLLINS; and
TIM LULL,

        Defendants.

Civil Action No. 3:24-cv-30161-MGM

## <u>UNOPPOSED MOTION TO CONTINUE JULY 21, 2026 HEARING</u>

Defendants EBSCO Industries, Inc.; EBSCO Information Services, LLC; EBSCO Publishing, Inc.; Tim Collins; and Tim Lull (collectively "Defendants") hereby move this Honorable Court to continue the Motion Hearing currently scheduled for July 21, 2026 at 11:15 a.m. (Dkt. No. 159) to any time on July 24, 2026. Plaintiff Mohamed Ly ("Plaintiff") does not oppose this motion. In support of this Motion, Defendants state as follows:

1.      On July 15, 2026, this Court issued a Notice setting the hearing for several pending discovery motions for July 21, 2026, in person, at 11:15 a.m.  (Dkt. No. 159.)

2.      Defendants' counsel has a previously scheduled deposition on July 21, 2026 and is thus unable to attend the hearing.

3.      On July 17, 2026, this Court notified the parties that the earliest available date for a hearing is July 24, 2026.

4.      Defendants counsel conferred with Plaintiff, who does not oppose this motion, and Defendants therefore request that this hearing be rescheduled to July 24, 2026.

WHEREFORE, Defendants respectfully request that this Court continue the Motion Hearing from July 21, 2026 to any time on July 24, 2026.

Respectfully submitted,

EBSCO INDUSTRIES, INC.; EBSCO INFORMATION SERVICES, LLC; EBSCO PUBLISHING, INC.; TIM COLLINS; and TIMOTHY LULL,

By their attorneys,

/s/ Matthew J. Lynch
Melissa L. McDonagh, Bar No. 569023
mmcdonagh@littler.com
Matthew J. Lynch, Bar No. 689363
mlynch@littler.com

LITTLER MENDELSON, P.C.
One International Place, Suite 2700
Boston, MA  02110
Telephone:     617.378.6000
Facsimile:     617.737.0052

Dated: July 17, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July, 2026, a true copy of the foregoing document was filed electronically through the Court's CM/ECF system, is available for viewing and downloading from the ECF system, will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

/s/ Matthew J. Lynch
Matthew J. Lynch

2