UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MOHAMED LY,

        Plaintiff,

   v.

EBSCO INDUSTRIES, INC.; EBSCO
INFORMATION SERVICES; EBSCO
PUBLISHING, INC.; TIM COLLINS; and
TIM LULL,

        Defendants.

Civil Action No. 3:24-cv-30161-MGM

## DEFENDANTS' MOTION FOR A PROTECTIVE ORDER LIMITING THE TIMING, SCOPE AND SEQUENCE OF DEPOSITIONS

Pursuant to Fed. R. Civ. P. 26(c) and Local Rule 37.1(b), defendants EBSCO Industries, Inc., EBSCO Information Services, and EBSCO Publishing, Inc. (collectively, "EBSCO"), Tim Collins ("Collins"), and Tim Lull ("Lull") (EBSCO, Collins and Lull collectively, "Defendants") hereby move for a protective order requiring: (1) plaintiff Mohamed Ly's ("Plaintiff") deposition of EBSCO's Rule 30(b)(6) designee be limited to the topics of Plaintiff's employment with and termination from EBSCO, for which EBSCO has already agreed to designate a witness; (2) Plaintiff not be permitted to depose David Hobbs, EBSCO's chief financial officer, who has no knowledge of or involvement in any aspect of Plaintiff's employment with EBSCO; (3) the four individuals Plaintiff intends to depose as fact witnesses testify only in that capacity, not as 30(b)(6) witnesses of EBSCO, and with no requirement to produce documents as requested in the deposition notice; (4) the noticed depositions occur in the order in which they were noticed, with Plaintiff's deposition occurring first, after all pending written discovery disputes have been resolved and Defendants have made their ESI production; (5) the location for any deposition shall

be set as the city deemed convenient for the witness pursuant to Local Rule 30.1; and (6) all depositions shall be conducted pursuant to the usual stipulations, meaning all objections except as to form and all motions to strike are reserved until trial.

Defendants further expressly incorporate and adopt this motion for a protective order and memorandum of law in support thereof as their opposition to Plaintiff's deposition related motions (Dkt Nos. 142-146).

In support of this Motion, Defendants submit herewith their Memorandum of Law and Affidavit of Matthew J. Lynch with exhibits thereto.

## REQUEST FOR ORAL ARGUMENT

Defendants respectfully request oral argument on their Motion.

## LOCAL RULE 7.1 and 37.1 CERTIFICATION

In accordance with Local Rules 7.1 and 37.1, I, Matthew J. Lynch, the undersigned counsel for Defendants hereby certify that, on July 20, 2026 at approximately 6:29 p.m., I conducted a discovery conference via e-mail with Plaintiff. I notified Plaintiff of Defendants' intent to move for a protective order seeking the relief identified in this motion and identified the grounds for the motion for a protective order. Plaintiff responded on July 22, 2026 that he did not agree to any of the conditions sought in this motion for a protective order.

Respectfully submitted,

EBSCO INDUSTRIES, INC.; EBSCO
INFORMATION SERVICES; EBSCO
PUBLISHING, INC.; TIM COLLINS; and TIM
LULL,

By their attorneys,

*/s/ Matthew J. Lynch*

Melissa L. McDonagh, Bar No. 569023
mmcdonagh@littler.com
Matthew J. Lynch, Bar No. 689363
mlynch@littler.com

LITTLER MENDELSON, P.C.
One International Place, Suite 2700
Boston, MA  02110
Telephone:     617.378.6000
Facsimile:     617.737.0052

Dated: July 22, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July 2026, a true copy of the foregoing document was filed electronically through the Court's CM/ECF system, is available for viewing and downloading from the ECF system, will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

*/s/ Matthew J. Lynch*
Matthew J. Lynch